AO 442 (Rev. 11/11) (modified) Arrest Warrant

FID 9715917

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

**FILED**
**Aug 17, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.

CHRISTOPHER M. PERRY

*Defendant*

Case No. 2:26-mj-0125 SCR

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* CHRISTOPHER M. PERRY, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

**18 U.S.C. § 922(g)(1) – Felon in possession of a firearm**
**18 U.S.C. § 1519 – Destruction of records in a federal investigation**

Date: August 7, 2026

*Issuing officer's signature*

City and state: Sacramento, California

Sean C. Riordan, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/7/26, and the person was arrested on *(date)* 8/17/26 at *(city and state)* ROSEVILLE, CA.

Date: 8/17/26

*Arresting officer's signature*

McKAY CAMPBELL, SPECIAL AGENT [redacted]
*Printed name and title*

[redacted]