ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

FILED
Aug 27, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER M. PERRY,

Defendant.

CASE NO. 2:26-cr-00151 TLN

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 1519 – Destruction of Records in a Federal Investigation; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

# INDICTMENT

COUNT ONE: [18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm]

The Grand Jury charges: T H A T

CHRISTOPHER M. PERRY,

defendant herein, from in or about October 2022, to in or about June 2025, in the State and Eastern District of California, and elsewhere, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

A felony violation of California Penal Code, Section 4573(A) – bringing a controlled substance into a jail or prison, on or about February 25, 2019, in Placer County, California; and

A felony violation of California Health and Safety Code, Section 11351 – possession/purchase for sale narcotic/controlled substance, on or about January 14, 2025, in Solano County, California;

did knowingly possess a firearm, specifically:

a 25mm caliber Norinco Type 54 with serial number 202755;

a 39mm caliber SKS with serial number CCCP47764;

a .22 caliber Marlin with serial number G10269;

a .264 caliber Herter's Model J9 with no serial number;

in and affecting commerce, in that said firearm had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section § 922(g)(1).

COUNT TWO: [18 U.S.C. § 1519 – Destruction of Records in a Federal Investigation]

The Grand Jury further charges: T H A T

CHRISTOPHER M. PERRY,

defendant herein, on or about June 12, 2026, in the State and Eastern District of California, and elsewhere, did knowingly alter, destroy, mutilate, conceal, cover up, falsify, and make a false entry in any record, document, and tangible object, specifically, PERRY's Signal application, account, and associated data, with the intent to impede, obstruct, and influence the investigation and proper administration of any matter within the jurisdiction of any department and agency of the United States, to wit: a criminal investigation by the Federal Bureau of Investigation, and in relation to and contemplation of any such matter and case, in violation of Title 18, United States Code, Section 1519.

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in Count One of this Indictment, defendant CHRISTOPHER M. PERRY shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2. If any property subject to forfeiture, as a result of the offense alleged in Count One of this Indictment, for which defendant is convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

ERIC GRANT

ERIC GRANT
United States Attorney

No. 2:26-cr-00151 TLN

UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

CHRISTOPHER M. PERRY

INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;
18 U.S.C. § 1519 – Destruction of Records in a Federal Investigation;
18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,* **/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* 27th *day*

*of* August, *A.D. 20* 26

\s\ Chris Nair
*Clerk.*

*Bail, $* No process necessary

[signature]
U.S. Magistrate Judge

GPO 863 525

2:26-cr-00151 TLN

**United States v. CHRISTOPHER M. PERRY**
**Penalties for Indictment**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

PENALTIES: A maximum of up to 15 years' imprisonment;
Fine of up to $250,000; or both fine and imprisonment;
Supervised release of up to three years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**

VIOLATION: 18 U.S.C. § 1519 – Destruction of Records in a Federal Investigation

PENALTIES: A maximum of up to 20 years' imprisonment;
Fine of up to $250,000; or both fine and imprisonment;
Supervised release of up to three years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATIONS: 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

PENALTIES: As stated in the charging document